IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILLIP S. DUNN,

                Plaintiff,

v.

RYAN SECORD, SHAWN KUDRON,
DAN ULRICH and NATHAN POKE,

                Defendants.

ORDER

15-cv-430-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Phillip Dunn is proceeding on claims that defendants Dan Ulrich, Nathan Poke, Shawn Kudron and Ryan Secord violated his right to be free from unreasonable searches and seizures on two different occasions in 2014. Now plaintiff has filed a document that he calls an "ex-parte motion for injunctive relief," in which he seeks relief from an order in a criminal case in state court. Dkt. #19. Because plaintiff is raising issues that are not related to the claims in this case, I am denying his motion. For the same reason, it is not necessary to unseal the motion. <u>City of Greenville, Illinois v. Syngenta Crop Protection, LLC</u>, 764 F.3d 695, 697 (7th Cir. 2014) ("[W]e have limited the presumption of public access to materials that affect judicial decisions.").

1

ORDER

IT IS ORDERED that plaintiff Phillip Dunn's "ex-parte motion for injunctive relief," dkt. #19, is DENIED.

Entered this 4th day of April, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge