IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILLIP S. DUNN,

                                 Plaintiff,

     v.

RON SECORD, DAN ULRICH
and NATHAN POKE,

                                 Defendants.

ORDER

15-cv-430-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Phillip Dunn is proceeding on his claim that defendants Ron Secord, Dan Ulrich and Nathan Poke (all officers of the La Crosse County police department) violated his Fourth Amendment rights by entering his home without a warrant, breaking down his bedroom door and arresting him. Trial is scheduled for December 5, 2016.

      Defendants have filed one motion in limine. Dkt. #67. (Plaintiff did not file any motions in limine.) In their motion, defendants ask the court to preclude plaintiff from presenting any evidence or making any arguments about other lawsuits against employees of the city of La Crosse. However, defendants do not identify any particular lawsuits in their motion, so it is impossible to determine without more information whether another lawsuit might be relevant to this one. Accordingly, I am denying the motion without prejudice. If defendants believe that plaintiff may attempt to bring up unrelated lawsuits at trial, they will have to raise this issue again at the final pretrial conference and identify the particular

lawsuits that are the subject of their motion.

ORDER

IT IS ORDERED that the motion in limine filed by defendants Ron Secord, Dam Ulrich and Nathan Poke to preclude plaintiff Phillip Dunn from presenting evidence or making an argument about other lawsuits, dkt. #67, is DENIED WITHOUT PREJUDICE.

Entered this 28th day of November, 2016.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge