IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re:

AUDREY J. PERKINS                                    ORDER TO SHOW CAUSE
N4042 HAWK ISLAND ROAD
BLACK RIVER FALLS, WI 54615

---

On December 1, 2016, Audrey J. Perkins was served a subpoena to appear and testify at a hearing or trial in a civil action for trial by defense counsel in the matter of Phillip Dunn v. Ron Secord, et al., Case No. 15-cv-430, scheduled for trial commencing Monday, December 5, 2016. On the first day of trial, Ms. Perkins appears to have left earlier, preventing her being called timely late that afternoon. On the second day of trial, Tuesday, December 6, 2016, Ms. Perkins did not appear at all. On neither occasion did Perkins provide defense counsel or the court with any explanation for her non-appearance.

IT IS ORDERED that Audrey Perkins appear in person before this Court on Wednesday, December 21, 2016, at 12:30 p.m., at the Kastenmeier Federal Courthouse, 120 North Henry Street, Madison, in Courtroom 250 and show cause why she should not be held in contempt of court for failing to remain or appear until called upon as required by the subpoena. In the alternative, Ms. Perkins may call the court at (608) 264-5087 before Monday, December 19, 2016, to explain her non-appearance.

The United States Marshal Service will serve a copy of this Show Cause Order upon Audrey Perkins.

Entered this 7th day of December, 2016.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge