IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILLIP S. DUNN,

      Plaintiff,                                  15-CV-430-WMC

      V.

RON SECORD, et al.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF APPEAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Notice is hearby given that Phillip S. Dunn, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit pursuant to F.R.A.P. Rule 3, from the final judgment entered in this action on the 9th day of December, 2016, and an order denying a motion for new trial entered on the 30th day of September, 2017. Orders were made by Honorable Judge William Conley in the Western District of Wisconsin.

      Dated this 24th day of October, 2017.

                                                                s/ *Phillip S. Dunn*
                                                                Phillip S. Dunn
                                                               325 Jackson St.
                                                               La Crosse, WI 54601
                                                               608-535-1281